UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GLADYS WALTERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV00032 AGF |
| | ) | |
| DUDLEY GLOSSIP, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| OSCAR WALTERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV00033 RWS |
| | ) | |
| DUDLEY GLOSSIP, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon review of the record,

**IT IS HEREBY ORDERED** that Defendants' motion in case number 4:06CV32 AGF to consolidate that case with higher case number 4:06CV33 RWS is **GRANTED**. The parties shall henceforth file all pleadings in case number 4:06CV32 AGF. [Doc. #8]

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of March, 2006.